# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

RECEIVED
MAR 18 2020
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 16 2020 ★
LONG ISLAND OFFICE

RECEIVED
MAR 16 2020
PRO SE OFFICE

LORENA VELASQUEZ/CHILDREN'S
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

William Floyd School District
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV-20 1329
*(to be filled in by the Clerk's Office)*

AZRACK, J.

Jury Trial: *(check one)* ☒ Yes ☐ No

TOMLINSON, M.J.

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lorena Velasquez |
| Street Address | 59 Montgomery Ave |
| City and County | Mastic, Suff/county |
| State and Zip Code | New York, 11950 |
| Telephone Number | (631) 953-7600 |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Michael Cortigino
- Job or Title (if known): Special Ed / Teacher
- Street Address: 230 Van Buren St.
- City and County: Shirley, Suffolk County
- State and Zip Code: New York 11967
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Richmond Mugno
- Job or Title (if known): Chairperone
- Street Address: 260 Mastic Beach Rd
- City and County: Mastic Beach Suffolk/county
- State and Zip Code: New York 11951
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: James Westcott
- Job or Title (if known): Principal (of Hobart Elm)
- Street Address: 230 Van Buren St
- City and County: Shirley, Suffolk/county
- State and Zip Code: New York 11967
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Dominic Ciliotta
- Job or Title (if known): Assist Principal (of Hobart Elm)
- Street Address: 230 Van Buren St
- City and County: Shirley Suffolk/county
- State and Zip Code: New York 11967
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) __NO_____, is a citizen of the State of (name) _____.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,
   and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) __NO_____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) __William Floyd School District__ is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) __Mastic Beach, 11951__.
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 2/11/2020, at *(place)* Hobart Elem't/ School, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)* I took My son to his doctor Because came from School previously complaining about his anus hurting him My son is been established as an Autistic student with toilet issues but him wearing Diaper he need an Aide. The teacher and school Denied to provide him one instead My son was force to hold causing him pain and suffering

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)* He was in pain for several Days, constipated, he Had anxiety. I can provide the court with a Doctor Report

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I'm looking for My Disable son to Receive Money Damages for $15 Million so I can uses That Money to place My son into A private School District were he can be treated with love And Respect.

I Also would Like My initial fee to be waived Because I don't have the Money!

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/11/2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Lorena Velasquez

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Lorena Velasquez
59 Montgomery Ave
Mastic N.Y. 11950




U.S. POSTAGE PAID
FCM LETTER
CENTRAL ISLIP, NY
11722
MAR 12, 20
AMOUNT
**$6.95**
1000   11201   R2305K135153-04

CERTIFIED MAIL®

7018 2290 0000 2564 8501

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 16 2020 ★
BROOKLYN OFFICE

United States District Court
225 Cadman Plaza E
Brooklyn NY 11201

1120131832 C030

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States District Court
   225 Cadman Plaza E.
   ~~11950~~ Brooklyn N.Y. 11201



9590 9402 5183 9122 1529 51

2. Article Number (Transfer from service label)
   7018 2290 0000 2564 8501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt