UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LORENA VELASQUEZ, ET AL.,

                Plaintiffs,

     -against-

WILLIAM FLOYD SCHOOL DISTRICT, ET AL.,

                Defendants.
----------------------------------------------------------------X

For Online Publication Only

**ORDER**
20-CV-01329 (JMA) (AKT)

FILED
CLERK
4/22/2020 9:33 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

On March 16, 2020, Lorena Velasquez ("Plaintiff"), acting pro se, filed a complaint in this Court, but did not remit the filing fee or file an application to proceed in forma pauperis. Accordingly, by Notice of Deficiency dated March 18, 2020 (the "Notice"), Plaintiff was instructed to either remit the filing fee or to complete and return the enclosed in forma pauperis application within fourteen (14) days from the date of the Notice. (ECF No. 2.) The Order also cautioned that a failure to timely comply with the Notice may lead to the dismissal of the complaint for failure to prosecute. (Id.)

To date, Plaintiff has not paid the filing fee, has not filed an in forma pauperis application, nor has she otherwise communicated with the Court about this case. In addition, on April 13, 2020, the Notice was returned to the Court marked "Return to Sender/Refused/Unable to Forward." (ECF No. 6.) Given that Plaintiff has not kept her address current, nor has she otherwise communicated with the Court since filing her complaint, the complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to enter judgment and close this case. The Clerk is further directed to mail a copy of this Order to the pro se plaintiff at her last known address.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order

would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

Dated:   April 22, 2020
         Central Islip, New York

                                               /s/ (JMA)
                                               JOAN M. AZRACK
                                               UNITED STATES DISTRICT JUDGE